STEVEN G. KALAR
Federal Public Defender
Northern District of California
DAVID RIZK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:  (415) 436-7706
Email:  David_Rizk@fd.org

Counsel for Defendant JEFFERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** 20–71311 MAG |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DETENTION HEARING** |
| v. | |
| JEREMIAH JEFFERSON, | |
| Defendant. | |

The above captioned matter is set for a detention hearing on November 25, 2020. Defense counsel and Pretrial Services required additional time to conduct a pretrial interview, and therefore, the parties agree to continue the detention hearing to November 30, 2020 at 10:30 a.m. before Magistrate Judge Corley. By virtue of the government's pending motion for detention, time is excluded.

\\

\\

\\

\\

\\

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DETENTION HEARING
*JEFFERSON*, CR 20–71311 MAG

1

1  IT IS SO STIPULATED.

2

3  Dated:    November 24, 2020

4                                                            STEVEN G. KALAR
                                                             Federal Public Defender
5                                                            Northern District of California

6                                                                   /S
                                                             _____
7                                                            DAVID RIZK
                                                             Assistant Federal Public Defender
8

9  Dated:    November 24, 2020

10                                                           DAVID L. ANDERSON
                                                             United States Attorney
11                                                           Northern District of California

12                                                                  /S
                                                             _____
13                                                           LEIF DAUTCH
                                                             Assistant United States Attorney
14

15

16  IT IS SO ORDERED.

17

18  Dated:  November 24, 2020

*GRANTED*
*Judge Jacqueline Scott Corley*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

19

20

21

22

23

24

25

26

27

28