# FEDERAL PUBLIC DEFENDER

NORTHERN DISTRICT OF CALIFORNIA
13TH FLOOR FEDERAL BUILDING - SUITE 1350N
1301 CLAY STREET
OAKLAND, CA 94612

**STEVEN G. KALAR**
*Federal Public Defender*
**JOYCE LEAVITT**
*Assistant Federal Public Defender*

Telephone:   (510) 637-3500
Fax:   (510) 637-3507
Email: Joyce_Leavitt@fd.org

December 8, 2020

The Honorable Jon S. Tigar
United States District Judge
1301 Clay Street, Courtroom 6
Oakland, CA 94612
Attn: Courtroom Deputy Mauriona Lee

*US v. Jeremiah Jefferson*, CR 20-00465 JST
**Re: Request to calendar Govt's Motion to Revoke Release Order as soon as possible**

Your Honor:

I am writing to ask that the above case be placed on Your Honor's calendar as soon as possible for a hearing on the Government's Motion to Revoke Release Order. The government's motion was initially filed on December 1, 2020, while the case was still charged by complaint, and assigned to Judge Edward J. Davila who is the duty district court judge. The appeal, as well Mr. Jefferson's opposition, has been fully briefed in writing by both sides and the documents have all been electronically filed. Judge Davila initially conducted a hearing on the appeal on December 3, 2020, but did not complete the hearing. Because of his busy schedule, the hearing was continued by two full weeks to December 17, 2020. In the interim, Mr. Jefferson has had serious health complications while at Santa Rita, and his family is very concerned. Meanwhile, Mr. Jefferson has waived indictment and the case has been assigned to Your Honor. We are requesting, given Judge Davila's very busy schedule and the fact that no findings or ruling have yet been made by Judge Davila, that the appeal be heard by Your Honor as soon as possible now that the case has been assigned to this Court.

It is my understanding that AUSA Leif Dautch does not object to this request but will leave it to Judge Davila and Your Honor to determine who should hear the appeal. Based upon various emails that were forwarded to me by my colleague, David Rizk, it appears that AUSA Dautch may be available for a hearing, should the Court schedule one, as early as this Thursday (12/10) as well as this Friday (12/11). I am also available on Thursday afternoon and am also available all day on Friday. Furthermore, Mr. Jefferson agrees to waive his appearance so that the matter can be heard as quickly as possible. Finally, I am attaching a letter which was provided to the US Marshal Service on December 7, 2020, written by Dr. Carolyn Chu, a professor at UCSF, which highlights some of our concerns for Mr. Jefferson's health based upon information we've received from Mr. Jefferson and his family regarding the deterioration of his health while at Santa Rita Jail.

*US v. Jefferson*, CR 20-00465 JST
December 8, 2020
Page 2


        Thank you for your consideration of this request. I appreciate your prompt attention to
this matter and look forward to having this matter calendared as soon as possible.


                                        Sincerely,

                                        STEVEN G. KALAR
                                        Federal Public Defender
                                        Northern District of California

                                             /S/

                                        JOYCE LEAVITT
                                        Assistant Federal Public Defender


Enclosure
cc:      Lief Dautch, US Attorney's Office
         US Pretrial Services

University of California
San Francisco



**Department of Family & Community Medicine**

San Francisco General Hospital
Community Health Network

Building 80, Ward 83
1001 Potrero Avenue
San Francisco, CA  94110-3518
Tel:  415.206.8610
Fax:  415.206.8387

December 7, 2020

Re: Jeremiah Jefferson | UMD568

To Mr. Kolc/U.S. Marshals Service:

I am writing this letter in regards to the individual named above, who is currently placed at Santa Rita Jail and has been in custody for the past 2-3 weeks.

A summary of his condition is as follows (this is based on information provided to me by the patient's counsel, D. Rizk): Mr. Jefferson is a 23yo male with longstanding history of asthma and traumatic brain injury with remote history of seizures attributed to the brain injury.  History provided by family/caregivers suggest his asthma is of [at least] mild-moderate persistent severity.  During his time in custody Mr. Jefferson has reported progressively worsening shortness of breath, wheezing, and chest tightness/pressure (including symptoms which have awakened him from sleep).  He has yet to receive any direct comprehensive evaluation by a treating physician or other similarly licensed medical personnel.  Last Thursday 12/3/2020 he experienced sudden onset of lightheadedness and difficulty breathing/dyspnea, followed by a brief (<5 minutes) loss of consciousness.  Although he reports receiving some type of on-site attention subsequent to that episode (e.g. supplemental oxygen, short period of monitoring by staff), the medications he has received since then – namely 1-2 puffs of an albuterol inhaler twice daily – have not resulted in any symptom improvement.  His care and medical treatment thus far in custody, *both before <u>and</u> after the incident on 12/3/2020*, have not been sufficient and appropriate to effectively evaluate and address his clinical status.  Also of note, Mr. Jefferson has reported continued symptoms of dyspnea/difficulty breathing and chest tightness over the last several days, and has also developed a sore throat.  His request for COVID-19 testing yesterday was denied by staff.

The attention he has received while in custody has fallen well short of established standards of medical care, such that:
(1)  He requires an immediate medical evaluation to assess his recent and progressive cardiopulmonary symptoms – his asthma appears to currently be severely undertreated, and he must receive appropriate assessment and reassessment to identify and address cause(s) of his clinical destabilization;
(2)  Given his history of neurologic injury and impairment, he also needs a full medical evaluation to determine the cause of, and any potential complications stemming from, the incident on 12/3/2020 involving a loss of consciousness; and

(3)  He should undergo immediate testing for COVID-19 given his ongoing symptoms—he is in a very high-risk group for poor outcomes should he acquire infection.  It is our understanding that two individuals in the same unit as this patient have been removed/transferred, possibly related to the ongoing COVID-19 pandemic affecting the facility.

Yours truly,

Carolyn Chu, MD, MSc, AAHIVS, FAAFP
Associate Professor, UCSF Department of Family & Community Medicine
PI/Chief Clinical Officer, National Clinician Consultation Center
San Francisco General Hospital