**PROPOSED ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Jon S. Tigar<br>U.S. District Judge | **RE:** | Jeremiah Jefferson |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 4:20-cr-00465-JST-1 |

**Date:** 12/10/20

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Pepper Friesen                                                                 415-436-7516

U.S. Pretrial Services Officer                                         **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐  I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐  Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐  Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____  Presiding  District Court Judge _____

☐  I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐  Modification(s)

A.  _____

B.  _____

☐  Bail Revoked/Bench Warrant Issued.

☐  I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[X]  Other Instructions: The conditions of release imposed by Magistrate Judge Corley remain in effect, except that the Defendant shall be released to his father's residence instead of a halfway house and shall complete a COVID test before entering his father's residence.  If the test is positive, his father shall relocate to a hotel room at the defendant's expense until the Defendant tests negative.  Also, the Defendant shall be subject to location monitoring using the technology deemed most appropriate by Pretrial Services.

_____                    December 10, 2020
**JUDICIAL OFFICER**                                             **DATE**