UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEREMIAH JEFFERSON,<br><br>    Defendant. | Case No. 20-cr-00465-JST-1<br><br>**ORDER FOR RELEASE FROM UNITED STATES MARSHAL CUSTODY** |

The defendant is ordered released from the custody of the United States Marshal based on the denial of the Government's Motion to Revoke and Stay Release Order. For the reasons set forth on the record by the Court on December 10, 2020, defendant Jeremiah Jefferson is ordered released from Santa Rita Jail at 9:00 a.m. on December 11, 2020.

**IT IS SO ORDERED.**

Dated: December 10, 2020



JON S. TIGAR
United States District Judge

*Rev. 09-2020*