# VIOLATION NOTICE COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | The Honorable Jacqueline Scott Corley<br>U.S. Magistrate Judge | **RE:** | Jefferson, Jeremiah |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | CR20-0465-JST |
| **Date:** | March 18, 2021 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Jalei Kinder                                                                                      (408) 535-5230

U.S. Pretrial Services Officer                                                         **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[x] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____  Presiding  District Court Judge _____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[ ] Other Instructions:

_____
*Jacqueline Scott Corley*                              March 22, 2021
**JUDICIAL OFFICER**                                    **DATE**