GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California
JOYCE LEAVITT
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Cellular telephone:   (415) 517-4879
Email:   Joyce_Leavitt@fd.org

Counsel for Defendant JEFFERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMIAH JEFFERSON,<br><br>Defendant. | Case No.: CR 20–00465 JST (JSC)<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE** |

    IT IS HEREBY STIPULATED, by and between the parties to this action that the conditions of release for defendant Jeremiah Jefferson may be modified so that he may be placed on a curfew, the exact hours to be determined by United States Pretrial Services Officer Jalei Kinder. Undersigned counsel communicated with Officer Kinder who is in agreement that the conditions of release may be modified to allow Mr. Jefferson to be placed on a curfew to be set and later modified, if necessary, at the discretion of Pretrial Services. Counsel for Mr. Jefferson understands that Officer Kinder also discussed the proposed modification with Assistant United States Attorney Leif Dautch who has no objection. All other conditions of release would remain the same.

|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     | IT IS SO STIPULATED. |
| 3   |     |     |
| 4   | Dated: April 7, 2021 |     |
| 5   |     | GEOFFREY A. HANSEN |
| 6   |     | Acting Federal Public Defender<br>Northern District of California |
| 7   |     | /S/ |
| 8   |     | JOYCE LEAVITT<br>Assistant Federal Public Defender |
| 9   |     |     |
| 10  | Dated: April 7, 2021 |     |
| 11  |     | STEPHANIE HINDS |
| 12  |     | Acting United States Attorney<br>Northern District of California |
| 13  |     | /S/ |
| 14  |     | LEIF DAUTCH<br>Assistant United States Attorney |

STIP & [PROPOSED] ORDER RE: MODIFY CONDITIONS OF RELEASE
*JEFFERSON*, CR 20–00465 JST (JSC)

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   |   |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 20–00465 JST (JSC) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE** |
| v. |  |
| JEREMIAH JEFFERSON, |  |
| Defendant. |  |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of release for defendant Jeremiah Jefferson are hereby modified to allow him to be placed on a curfew, the exact hours to be set by United States Pretrial Services Officer Jalei Kinder. The hours may also be modified at the discretion of pretrial services without further order from the Court. All other conditions of release shall remain the same.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge