**VIOLATION NOTICE COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | The Honorable Jacqueline Scott Corley<br>U.S. Magistrate Judge | **RE:** | JEFFERSON, Jeremiah |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | CR20-0465-JST |
| **Date:** | September 3, 2021 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| Jalei Kinder | (408) 535-5230 |
|---|---|
| U.S. Pretrial Services Officer | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____   Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[x] Modification(s)

U.S. Pretrial Services respectfully recommends the following:

1. The defendant's location monitoring and curfew conditions be removed.
2. The defendant's father, Sheldon Jefferson, be removed from the bond as a custodian.
3. The defendant's travel is extended to the Eastern District of California with prior approval of Pretrial Services; and
4. The defendant may travel to and from Seattle, Washington, with the prior approval of Pretrial Services

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____    September 3, 2021_____
**JUDICIAL OFFICER**                                                    **DATE**